UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES BROWN, ET AL.                                                                                   PLAINTIFFS

V.                                                            CIVIL ACTION NO. 4:04-cv-64-TSL-LRA

REPUBLIC FINANCE, LLC, successor of
Fidelity National Corporation, d/b/a Republic
Finance, et al.                                                                                      DEFENDANTS

**ORDER OF DISMISSAL
WITHOUT PREJUDICE OF REMAINING PLAINTIFFS**

THERE HAVING COME BEFORE THE COURT the Motion for Order of Dismissal Without Prejudice of Remaining Plaintiffs filed by the Defendants [27], and the Court having considered said Motion is of the opinion and finds that it is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that the Plaintiffs and the claims of the Plaintiffs Roy Bland, Donald Brown, L.C. Dillon, Kelvin Petty, Sarah Smith Sharp, Betty Tate, Gene Taylor and Thelma Thomas be and hereby are dismissed without prejudice.

IT IS, FURTHER, HEREBY ORDERED AND ADJUDGED that, since this Order finally concludes all claims of all Plaintiffs in this action, this Order constitutes the final judgment in this action and that this action be closed.

SO ORDERED AND ADJUDGED this the 22nd day of February, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE